O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICARDO BRICENO,<br><br>    Defendant. | Case No. SACR 08-285-JVS<br><br>**ORDER OF DETENTION** |

I

A.   ( )   On motion of the Government in a case allegedly involving:

   1.   ( )   a crime of violence.

   2.   ( )   an offense with maximum sentence of life imprisonment or death.

   3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

        device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    ( )   On the further allegation by the Government of:

    1.   (X)   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   ( )   the appearance of the defendant as required.

    ( ) and/or

    2.   ( )   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or

involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or the community.

### IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk:

**DEFENDANT IS CURRENTLY SERVING A STATE SENTENCE. THE ISSUE OF BOND IS MOOT.**

B. ( ) As to danger:

_____

_____

_____

_____

_____

_____

### VI

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or

1 | juror.
2 | B. The Court bases the foregoing finding(s) on the following:
3 | _____
4 | _____
5 | _____
6 |
7 | VI
8 | A. IT IS THEREFORE ORDERED that the defendant be detained prior to
9 | trial.
10 | B. IT IS FURTHER ORDERED that the defendant be committed to the
11 | custody of the Attorney General for confinement in a corrections facility
12 | separate, to the extent practicable, from persons awaiting or serving sentences
13 | or being held in custody pending appeal.
14 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
15 | opportunity for private consultation with counsel.
16 | D. IT IS FURTHER ORDERED that, on order of a Court of the United
17 | States or on request of any attorney for the Government, the person in charge
18 | of the corrections facility in which defendant is confined deliver the defendant
19 | to a United States marshal for the purpose of an appearance in connection with
20 | a court proceeding.
21 |
22 | DATED: DECEMBER 8, 2008
23 |
24 | _____
25 | MARC L. GOLDMAN
    | UNITED STATES MAGISTRATE JUDGE